IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSALINDA NUNO TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:21-CV-187-RP |
| | § | |
| CITY OF AUSTIN and JOHN-MATTHEW HATTAWAY, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

On this date, the Court entered an order granting Defendants' motions for summary judgment and dismissing Plaintiff's claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**SIGNED** on January 24, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE